

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

EARL J. BONEY IV

Case No. 2:25mj200
Court Date: October 8, 2025

## CRIMINAL INFORMATION

### COUNT ONE

Misdemeanor – Violation Notice E2351378

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 6, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, EARL J. BONEY IV, did unlawfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with a member of the uniformed services while such member was engaged in the performance of official duties, to wit: Master-at-Arms Third Class Heriberto Oliver, United States Navy.

(In violation of Title 18, United States Code, Section 111 (a)(1).)

### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 6, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, EARL J. BONEY IV, did

unlawfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with a member of the uniformed services while such member was engaged in the performance of official duties, to wit: Master-at-Arms Second Erik Diaz-Martinez, United States Navy.

(In violation of Title 18, United States Code, Section 111 (a)(1).)

## COUNT THREE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 6, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in Eastern District of Virginia, the defendant, EARL J. BONEY IV, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley Young* (signature)

Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ Ashley Young*

Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov


22 September 2025
Date